IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PABLO RIOS, individually and on behalf of all others similarly situated,**<br><br>         **Plaintiff,**<br><br>**V.**<br><br>**METRO COMMUNICATION USA LLC,**<br><br>         **Defendant.** | CIVIL ACTION NO. 1:22-cv-02212 |

**STIPULATION OF DISMISSAL**

Plaintiff Pablo Rios ("Plaintiff" or "Rios") and Defendant Metro Communication USA LLC ("Defendant" or "Metro") pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above-captioned action be dismissed with prejudice, with each Party to bear her or its own attorney's fees and costs.

Plaintiff and Defendant, each represented by counsel, jointly stipulate that they have reached a mutual resolution of bona fide disputes between Plaintiff and Defendant relative to the Fair Labor Standards Act ("FLSA"). Accordingly, Court-approval of the settlement is not required in order to dismiss this lawsuit.

There are no pending motions in this lawsuit as to any Party herein, and the Court has not certified a collective action.

Counsel for all Parties have signed this stipulation below. As such, this stipulation of dismissal with prejudice is appropriate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and no Order from the Court dismissing the above-captioned action is necessary in order to effectuate dismissal of this action.

Dated: December 5, 2022

Respectfully submitted,

| | | | |
|---|---|---|---|
| By: | /s/ Melinda Arbuckle<br>Melinda Arbuckle (*admitted* PHV)<br>Ricardo J. Prieto (*admitted* PHV)<br>SHELLIST LAZARZ SLOBIN LLP<br>11 Greenway Plaza, Suite 1515<br>Houston, Texas 77046<br>(713) 621-2277 – telephone<br>(713) 621-0993 – facsimile<br><br>Douglas M. Werman<br>WERMAN SALAS P.C.<br>77 W. Washington St., Ste. 1402<br>Chicago, Illinois 60602<br>(312) 419-1008<br>dwerman@flsalaw.com<br><br>ATTORNEYS FOR PLAINTIFF | By: | s/ Jonathan Lubin<br>Jonathan Lubin<br>Law Office of Jonathan Lubin<br>8800 Bronx Ave., Suite 100-H<br>Skokie, IL 60077<br>jonathan@lubinlegal.com<br>773-954-2608<br><br>ATTORNEY FOR DEFENDANT METRO COMMUNICATION USA, LLC |

## CERTIFICATE OF SERVICE

On December 5, 2022, I filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Illinois using the CM/ECF method. I hereby certify that I have served all counsel of record thereby or by another method authorized by the Federal Rules of Civil Procedure.

                                                s/Melinda Arbuckle
                                                Melinda Arbuckle