# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Pablo Rios

                Plaintiff,

v.                                      Case No.: 1:22−cv−02212

                                                Honorable Nancy L. Maldonado

Metro Communication USA LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 5, 2022:

      MINUTE entry before the Honorable Nancy L. Maldonado:Pursuant to the stipulation of dismissal, this case is dismissed with prejudice, with each side to bear its own attorney's fees and costs. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.